# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  HOLLAND, H. Russel | 2. Court or Organization  District of Alaska | 3. Date of Report  04/28/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge (Senior) | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005  to  12/31/2005 |
| 7. Chambers or Office Address  United States District Court  222 West 7th Avenue - Unit 54  Anchorage, Alaska 99513 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 04/28/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 04/28/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CMS Energy | | None | J | T | | | | | |
| 2. Nordstrom, Inc. | A | Dividend | K | T | | | | | |
| 3. Rowan Companies | | None | K | T | | | | | |
| 4. MSDW (Individual Liquid Asset Account) | A | Dividend | J | T | | | | | |
| 5. Talkeetna, Alaska, Lot | | None | K | W | | | | | |
| 6. Chitina, Alaska, Lot | | None | J | W | | | | | |
| 7. First National Bank of Anchorage, Alaska | A | Interest | L | T | | | | | |
| 8. MSDW / Dividend Growth | D | Dividend | K | T | | | | | |
| 9. MSDW (Individual Liquid Asset A/C) | A | Dividend | J | T | | | | | |
| 10. Bank of America / Portland, Oregon | A | Interest | J | T | | | | | |
| 11. Pepsico | A | Dividend | J | T | | | | | |
| 12. Franklin Value Mark II Variable Annuity Contract | A | Dividend | K | T | | | | | |
| 13. Motorola | A | Dividend | J | T | | | | | |
| 14. First National Bank of Anchorage / Savings | A | Interest | J | T | | | | | |
| 15. Bank of America Investment A/C Nation's Cash Reserves Daily | A | Dividend | J | T | | | | | |
| 16. Biosource International | A | Dividend | J | T | Sold | 10/06 | J | B | |
| 17. Tri-Global Restaurant | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Franklin Income Fund | B | Dividend | K | T | | | | | |
| 19. Dean Witter Utilities B Fund (IRA A/C) | A | Dividend | J | T | | | | | |
| 20. Information Fund (IRA A/C) | A | Dividend | J | T | | | | | |
| 21. Dean Witter Liquid Asset (IRA A/C) | A | Interest | J | T | | | | | |
| 22. Boston Housing Ltd.Partnership | A | Dividend | J | W | | | | | |
| 23. Dean Witter - Equity Trust Ten Industrials (IRA A/C) | A | Dividend | J | T | Exc/purch | 01/19 | | | see note, PartVIII |
| 24. Dell Computer | A | Dividend | J | T | | | | | |
| 25. Cisco Systems, Inc. | A | Dividend | J | T | | | | | |
| 26. Pfizer | A | Dividend | J | T | | | | | |
| 27. Washington Mutual | A | Dividend | J | T | | | | | |
| 28. Hewlett Packard | A | Dividend | J | T | | | | | |
| 29. Boeing Co. | A | Dividend | J | T | | | | | |
| 30. Northrim Bank | A | Dividend | K | T | | | | | |
| 31. Agilent Technologies | A | Dividend | J | T | | | | | |
| 32. Caterpillar, Inc. | A | Dividend | J | T | | | | | |
| 33. MetLife | A | Dividend | J | T | | | | | |
| 34. Trust #1 [Lines 35 through 50, inclusive]: | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --MSDW Developing Growth | A | Dividend | J | T | | | | | |
| 36. --MFS Utilities Fund C | A | Dividend | K | T | | | | | |
| 37. --MFS Investors Growth Stock C | A | Dividend | K | T | | | | | |
| 38. --MSDW Active Assets Money Trust | C | Interest | M | T | | | | | |
| 39. --EMC Corp. Stock | | None | J | T | | | | | |
| 40. --Con Edison Bank | A | Interest | J | T | | | | | |
| 41. --American Income Fund | A | Dividend | K | T | | | | | |
| 42. --Unit Van Kampen Income - Portolio 10 | A | Dividend | K | T | exc/purchase | 03/16 | K | | see Note, Part VIII |
| 43. --Unit Van Kampen Income - Portfolio 13 | A | Dividend | K | T | exc/purchase | 12/29 | K | | see Note, Part VIII |
| 44. --GMAC (bond) | A | Interest | J | T | | | | | |
| 45. --Ford Motor Credit (bond) | A | Interest | J | T | | | | | |
| 46. --American General Finance (bond) | A | Interest | J | T | | | | | |
| 47. --General Electric Capital Corp. (bond) | A | Interest | K | T | | | | | |
| 48. --Caterpillar Finance Service (bond) | A | Interest | J | T | | | | | |
| 49. --Citicorp (bond) | B | Interest | K | T | | | | | |
| 50. --Lane County G/O Bond | C | Interest | L | T | buy | 10/01 | L | | |
| 51. Alaska Air | A | Dividend | J | T | sell | 08/24 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Comcast Corp. | | None | J | T | | | | | |
| 53. One Point, f/k/a Portland Teachers Cr.Union - savings A/C | A | Interest | K | T | | | | | see Note, PartVIII |
| 54. Columbia Convertible Sec., f/k/a Nations Convertible Sec. | A | Dividend | K | T | | | | | |
| 55. Met Life - whole life | A | Interest | J | T | | | | | |
| 56. Met Life - whole life | A | Interest | J | T | | | | | |
| 57. Americo Financial Life - whole life | A | Interest | L | T | | | | | |
| 58. American General - whole life | A | Interest | K | T | | | | | |
| 59. American General - whole life | A | Interest | K | T | | | | | |
| 60. Canada Life - whole life | A | Interest | J | T | | | | | |
| 61. MONY - whole life | A | Interest | J | T | | | | | |
| 62. Massachusetts Mutual - flexible retirement annuity | D | Dividend | L | T | | | | | |
| 63. Wachovia Corp. | A | Dividend | J | T | | | | | |
| 64. Wells Fargo & Co. | A | Dividend | J | T | | | | | |
| 65. AIG Annuity | C | Dividend | M | T | | | | | |
| 66. Franklin Intermediate - Fed. Tax Free | D | Dividend | M | T | | | | | |
| 67. Freescale Semiconductor | | None | J | T | | | | | |
| 68. Bank of America - Managed Portfolio | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, lns. 23, 42 & 43:  these accounts roll over annually.

Part VII, ln. 53:  money from matured C.D. (reported last year) placed in savings account with Portland Teachers Credit Union, the name of which is now "One Point".



| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 04/28/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat                                                                 Date  1/28/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544